**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, <br><br> Defendants. | Civil Action No.  26-1132 (CKK) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 26-1151 (CKK) |

**UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

In response to the Court's April 6, 2026 Order, League of United Latin American Citizens, the Secure Families Initiative and Arizona Students' Association (collectively "LULAC Plaintiffs") along with the National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc. (collectively, the "NAACP Plaintiffs"), respectfully submit the following

1

proposed schedule for this litigation. Defendants do not oppose this schedule. The Democratic Party Plaintiffs' position is included in full in footnote 1.[1]

## BACKGROUND

On March 31, 2026, President Trump signed Executive Order 14,399 entitled "Ensuring Citizenship Verification and Integrity in Federal Elections" (hereinafter, "Executive Order" or "EO"). Soon after, three groups of Plaintiffs filed suit seeking injunctive and declaratory relief against various executive officers and agencies responsible for implementation of the Executive Order. *See* Compl., ECF No. 1 (Case No. 26-1114);[2] Compl., ECF No. 1 (Case No. 26-1132);[3] Compl., ECF No. 1 (Case No. 26-1151).[4]

On April 6, 2026, this Court issued an Order directed to the Democratic Party Plaintiffs and the LULAC Plaintiffs. The Court did not address the case brought by the NAACP Plaintiffs, as the case was not assigned to this Court until shortly thereafter. In its Order, the Court set out two deadlines. First, the Court asked the parties to promptly meet and confer to discuss

---

[1] The Democratic Party Plaintiffs do not join the request to amend the briefing schedule. Recognizing, as the Court observed, that "time is of the essence" because "these cases involve important matters of election procedure that may affect the conduct of impending elections throughout the country," Case No. 26-1114, ECF No. 18 at 2, Democratic Party Plaintiffs are prepared to file their motion for preliminary relief this week. To the extent the Court modifies the briefing schedule set forth in its April 6, 2026 order, *id.*, the Democratic Party Plaintiffs request that the Court set the same briefing and argument schedule for all motions for preliminary relief in *DSCC v. Trump*, Case No. 26-1114, *LULAC v. Executive Office of the President*, Case No. 26-1132, and *NAACP v. Trump*, Case No. 26-1151.

[2] Plaintiffs in this case are DSCC, DCCC, Democratic National Campaign Committee, Democratic Governors Association, U.S. Senate Minority Leader Charles E. Schumer, and U.S. House of Representatives Minority Leader Hakeem S. Jeffries (collectively, the "Democratic Party Plaintiffs").

[3] Plaintiffs in this case are League of United Latin American Citizens ("LULAC"), the Secure Families Initiative, and the Arizona Students' Association.

[4] Plaintiffs in this case are the National Association for the Advancement of Colored People, Common Cause, Common Cause Education Fund, Black Voters Matter Fund, Inc., and BVM Capacity Building Institute, Inc.

consolidation and to file a joint statement on consolidation on or before April 8, 2026. Second, the Court ordered that any motions for preliminary injunction be filed on or before April 10, 2026. The parties in all of these cases have conferred regarding consolidation in accordance with the Court's April 6, 2026 Order, and intend to file a statement regarding the same by April 8, 2026. *See* Case No. 26-1114, ECF No. 18.

### A. LULAC and NAACP Plaintiffs' Proposed Schedule

The LULAC and NAACP Plaintiffs appreciate this Court's awareness of the need to move quickly in cases "involv[ing] matters of election procedure that may affect the conduct of impending elections throughout the country." The Court's Order directs Plaintiffs to file motions for preliminary relief on or before April 10, 2026. Given the factual record necessary to support a preliminary injunction, LULAC and NAACP Plaintiffs respectfully propose that they file their motions for preliminary injunction identifying the claims on which each group of Plaintiffs seeks relief on or before April 10, 2026, and the accompanying statement of points and authorities in support of those preliminary injunction motions on or before April 17, 2026.

This brief extension will provide Plaintiffs with necessary time to secure supporting fact and expert declarations, including from members of the organizational plaintiffs and to coordinate among the plaintiff groups to ensure efficient presentation of the issues, without materially delaying this Court's consideration of the merits. *See, e.g.*, *LWVUS v. Newby*, 838 F.3d 1, 7 (D.C. Cir. 2016) (discussing preliminary injunction factors, particularly factual showing for irreparable harm). In turn, LULAC and NAACP propose that Defendants be afforded two weeks for their responses to the motions for preliminary relief, with Defendants' responses due May 1, 2026. LULAC and NAACP thus respectfully request the Court adopt the following schedule:

- **April 10, 2026:** Plaintiffs file motions for preliminary relief.

3

- **April 17, 2026:** Plaintiffs file memoranda in support of their motions for preliminary relief.
- **May 1, 2026:** Defendants file responses to motions for preliminary relief.
- **May 8, 2026:** Plaintiffs file replies.

LULAC Plaintiffs also plan to make a motion for limited expedited discovery targeted at identifying what steps, if any, Defendants have taken or currently plan to take to implement the challenged provisions of the Executive Order. Such discovery will be "narrowly tailored to determining 'the existence *vel non* of final agency actions and the "contours"' of those actions." Order on Motions to Compel at 2, *LULAC v. EOP*, 1:25-cv-00946-CKK (D.D.C. Aug. 1, 2025), ECF No. 154.

## CONCLUSION

For the reasons described above, Plaintiffs respectfully request that the Court grant LULAC and NAACP Plaintiffs' motion to modify the briefing schedule as described above such that memoranda of law in support of Plaintiffs' motions for preliminary relief be due April 17, 2026.

Dated: April 7, 2026                    Respectfully submitted,

Norman L. Eisen (DC Bar No. 435051)
Tianna J. Mays (DC Bar No. 90005882)
Pooja Chaudhuri (DC Bar No. 888314523)
Sofia Fernandez Gold (DC Bar No. 90010196)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
norman@democracydefenders.org
tianna@democracydefenders.org
pooja@democracydefenders.org
sofia@democracydefenders.org

*Counsel for LULAC Plaintiffs*

John A. Freedman (Bar No. 453-075)
Jeremy C. Karpatkin (Bar No. 980263)
Elisabeth S. Theodore (Bar No. 1021029)
Orion de Nevers (Bar No. 90001065)
Nicholas Casmier Anway (Bar No. 90020410)
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com
orion.denevers@arnoldporter.com
elisabeth.theodore@arnoldporter.com
nicholas.casmier.anway@arnoldporter.com

*Attorneys for NAACP Plaintiffs*

Sydney Lopes (Bar No. 61389)
ARNOLD & PORTER KAYE
SCHOLER LLP
U.S. Bank Center
1420 5th Avenue, Suite 1400
Seattle, WA 98101
sydney.lopes@arnoldporter.com

*Attorneys for NAACP Plaintiffs*

*/s/ Anna Baldwin*
Anna Baldwin (DC Bar No. 998713)
Danielle Lang (DC Bar No. 1500218)
Robert Brent Ferguson (DC Bar No. 1782289)
Sejal Jhaveri (NY Bar No. 5396304)*
Valencia Richardson (DC Bar No. 1739245)
Aseem Mulji (DC Bar No. 1724971)
Heather Szilagyi (DC Bar No. 90006787)
Renata O'Donnell (DC Bar No. 1723929)
Benjamin Phillips (DC Bar No. 90005450)
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
abaldwin@campaignlegalcenter.org
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
amulji@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
bphillips@campaignlegalcenter.org

 **Admission to D.D.C. forthcoming*

*Counsel for LULAC Plaintiffs*

5

Edward G. Caspar (DC Bar No. 1644168)
Robert N. Weiner (DC Bar No. 298133)
Jeffrey Blumberg (DC Bar No. 432928)
M. David Rollins-Boyd (DC Bar No. 90010714)*
Catherine Meza (DC Bar No. 1045688)*
Javon Davis (DC Bar No. 90017436)*
Grace Thomas (DC Bar No. 90018667)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K St., NW Suite 900
Washington, DC 20005
+1 202.662.8600
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
jblumberg@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org
cmeza@lawyerscommittee.org
jdavis@lawyerscommittee.org
gthomas@lawyerscommitte.org

*Attorneys for NAACP Plaintiffs*

6

## CERTIFICATE OF SERVICE

I, Anna Baldwin, do hereby certify that on this 7th day of April, 2026, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.


Date: April 7, 2026                              Signature: /s/*Anna Baldwin*
                                                              Anna Baldwin